SEALED

1 | BENJAMIN B. WAGNER
United States Attorney
2 | IAN L. GARRIQUES
Assistant United States Attorney
3 | United States Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099



FILED

MAR 06 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:12 SW 00038 - SKO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | S.W. NO. |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS AT 180 WASHINGTON VALLEY ROAD, BEDMINISTER, NEW JERSEY, 07921 FOR THE RECORDS OF TELEPHONE NUMBER (559) 341-1465, TO INCLUDE SHORT MESSAGE SERVICE (SMS) AND MULTIMEDIA MESSAGE SERVICE (MMS) CONTENT FROM JANUARY 27, 2012 THROUGH FEBRUARY 03, 2012 | **UNDER SEAL**<br><br>APPLICATION TO SEAL SEARCH WARRANT AFFIDAVIT, MEMORANDUM, AND DECLARATION OF IAN L. GARRIQUES |

The United States of America hereby applies to this Court for an order permitting it to file The United States of America, having applied to this Court, for an Order permitting it to file the search warrants and application (SW) and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Ian L. Garriques, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying

1

1  Memorandum of Points and Authorities and Declaration of Ian L.
2  Garriques, shall be filed with the Court in camera, under seal
3  and shall not be disclosed pending further order of this court.

DATED: March 5, 2012    /s/ Sheila K. Oberto
                        U.S. MAGISTRATE JUDGE

2