1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America


APR 05 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | CASE NO. 1:12-SW-00038-SKO |
| Cellco Partnership DBA Verizon Wireless at 180 Washington Valley Road, Bedminister, New Jersey, 07921 for the records of telephone number (559) 341-1465, to include Short Message Service (SMS) and Multimedia Message Service (MMS) content from January 27, 2012 through February 03, 2012 | ORDER TO DELAY NOTFICIATION  **UNDER SEAL** |

Upon Application of the United States of America for an order to delay notification pursuant to Federal Rule of Criminal Procedure 41(f)(3),

IT IS HEREBY ORDERED that the above captioned application for delayed notification and order, sealing order and all related papers and documents are hereby SEALED until further order of this Court.

In addition, pursuant to Rule 41(f)(3), I hereby find that any notification of the execution of the warrant for cell phone SMS and MMS content in this matter would have an adverse impact upon the ongoing investigation, that the Court previously found probable cause

1 | for the issuance of the warrant, and that notice of the execution
2 | will be given within a reasonable time after the completion of the
3 | investigation.
4 |     Therefore, IT IS ORDERED pursuant to Rule 41(f)(3), that any
5 | notification of the execution of the warrant which is required to be
6 | made is hereby delayed for an additional ninety (90) days until July
7 | 3, 2012.
8 |     It is so ordered, this 4 day of April, 2012.

```
                                    _____
                                    HON. BARBARA A. McAULIFFE
                                    U.S. Magistrate Judge
```